IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MICK OLDHAM,

    Plaintiff,

v.                                                                                      No. 14-cv-0391 LAM/SMV

PNM RESOURCE, INC., ALHQ,

    Defendant.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date and time**:        June 25, 2014, at 2:00 p.m.

**Matter to be heard**:  Case status and the Court's expectations regarding Initial Disclosures

      A telephonic status conference is hereby set for **June 25, 2014, at 2:00 p.m.** Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.[1]

      **IT IS SO ORDERED.**

                                                                             **STEPHAN M. VIDMAR**
                                                                             **United States Magistrate Judge**

---

[1] The "Meet Me" line accepts no more than five incoming telephone lines at a time. Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.