IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| MICK OLDHAM,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>PNM RESOURCES, INC., ALHQ,<br><br>　　　　Defendant. | No.  1:14-cv-00391-PJK-SMV |

CORRECTED MINUTE ORDER

At the direction of the Hon. Paul J. Kelly, Jr.:

Upon advice of settlement by the magistrate judge, the parties are directed to submit dismissal documents by April <u>8</u>, 2015, all pending motions (Docs. 55, 56, and 57) are denied as moot, and the November 12, 2015 pretrial conference and January 5, 2016 jury trial are hereby vacated.

　　　　　　　　　　　　　　　　　　MATTHEW J. DYKMAN, Clerk